AO91 (Rev. 12/03) Criminal Complaint     FELONY     AUSA     United States Courts

# UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*October 18, 2021*

Southern District Of Texas Brownsville Division     Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
**vs.**

Guadalupe RUIZ-Alfaro
A095 933 276 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:21-MJ-979

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 17, 2021__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on October 17, 2021. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 20, 2016. The defendant was convicted of 8 USC 1326 Illegal Re-Entry into the United States on July 20, 2016. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds with him at time of arrest.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

Signature of Complainant

Guzman, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

__October 18, 2021__     at     Brownsville, Texas
Date     City/State

__Ronald G. Morgan__     __U.S. Magistrate Judge__
Name of Judge     Title of Judge     Signature of Judge